IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD THEIS, Derivatively on Behalf of Nominal Defendant 2U, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER J. PAUCEK, CATHERINE A. GRAHAM, PAUL A. MAEDER, ROBERT M. STAVIS, GREGORY K. PETERS, TIMOTHY M. HALEY, VALERIE B. JARRETT, EARL LEWIS, CORETHA M. RUSHING, SALLIE L. KRAWCHECK, JOHN M. LARSON, EDWARD S. MACIAS, and ALEXIS MAYBANK, <br><br> Defendants, <br><br> and <br><br> 2U, INC., <br><br> Nominal Defendant. | Case No. 1:20-cv-03360-PAC |

**JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER REGARDING EXTENSION OF COURT'S ORDER STAYING CASE**

Plaintiff Richard Theis ("Plaintiff"), derivatively on behalf of nominal defendant 2U, Inc. ("2U"), and defendants Christopher J. Paucek, Catherine A. Graham, Paul A. Maeder, Robert M. Stavis, Gregory K. Peters, Timothy M. Haley, Valerie B. Jarrett, Earl Lewis, Coretha M. Rushing, Sallie L. Krawcheck, John M. Larson, Edward S. Macias, and Alexis Maybank (collectively the "Individual Defendants" and, together with 2U and the Plaintiff, the "Parties") jointly submit this Stipulation to extend the stay of this action until March 24, 2023, and in support thereof state as follows:

WHEREAS, on January 4, 2023, the Court granted the Parties' request to extend the stay of the action until January 24, 2023 to allow the Parties to continue to work in good faith to facilitate the Parties' settlement discussions (Dkt. No. 35); and

WHEREAS, the Parties have reached an agreement in principle and believe the administration of justice is best served by staying the Action until March 24, 2023, to allow the Parties to finalize the settlement documents.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, subject to the Court's approval, as follows:

1. The proceedings in this Action, including all deadlines, hearings, and conferences, are temporarily stayed until March 24, 2023.

2. On March 24, 2023, the Parties will inform the Court of their progress with regard to finalizing the settlement documents.

3. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. This Stipulation is without prejudice to the right of any Defendant to raise any argument or defense of any kind concerning any of the claims in this Action. By entering into this Stipulation, each Defendant preserves all objections, arguments, defenses, and challenges of any kind to the claims in this Action.

Date: January 24, 2023                                      Respectfully submitted,

*/s/ J. Christian Word*                                     */s/ W. Scott Holleman*
J. Christian Word, Bar No. 26400                            W. Scott Holleman
LATHAM & WATKINS LLP                                        JULIE & HOLLEMAN LLP
555 Eleventh Street, NW                                     157 East 86th Street, 4th Floor
Suite 1000                                                  New York, New York 10028
Washington, D.C. 20004                                      (929) 415-1020
Telephone:(202) 637-2200                                    scott@julieholleman.com

Fax: (202) 637−2201
christian.word@lw.com                   *Attorney for Plaintiff*

*Attorneys for Defendants*

IT IS SO ORDERED

DATED: _____, 2023

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Case 1:20-cv-03360-PAC   Document 36   Filed 01/24/23   Page 3 of 3